AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| In the Matter of the Extradition of<br><br>DEVON ALEXANDER BROWN | Case No. **W24-271M** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEVON ALEXANDER BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from the United Kingdom, which has sought arrest with a view toward extradition, pursuant to the extradition treaty between the United States and the United Kingdom, for murder, manslaughter, and conspiracy to pervert the course of justice, in violation of UK law.

Date: 12/17/2024

*Issuing officer's signature*

City and state: Waco, Texas

JEFFREY C. MANSKE, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*