UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In the Matter of the Extradition of   )
                                      )   CASE NUMBER: W-24-mj-00271-JCM
Devon Alexander Brown                 )

### AFFIDAVIT OF WAIVER OF EXTRADITION

I, Devon Alexander Brown, having been fully informed by my attorney, Kurt Gene May, of my rights under the extradition treaty in force between the United States and the United Kingdom, and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to the United Kingdom.

1. My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and the United Kingdom, the applicable sections of Title 18 of the United States Code, and the complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of the United Kingdom.

2. I understand that, pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

   a. That currently there is an extradition treaty in force between the United States and the United Kingdom;

   b. That the treaty covers the offenses for which my extradition was requested;

   c. That I am the person whose extradition the United Kingdom seeks; and

   d. That probable cause exists to believe that I committed the offenses for which extradition was requested.

3.     I admit that I am the individual against whom charges are pending in the United Kingdom and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to the United Kingdom unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

4.     I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of the United Kingdom.

5.     I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to the United Kingdom, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from the United Kingdom.

This section intentionally left blank

6.      No representative, official, or officer of the United States or of the Government of the United Kingdom, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 3rd day of January 2025.

_____
Devon Alexander Brown

_____
Kurt Gene May
Attorney for Devon Alexander Brown

      I hereby certify that on this ____ day of January 2025, Devon Alexander Brown personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
Derek Gilliland
United States Magistrate Judge
Western District of Texas